# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| CYNTHIA HOLMES, | * |
| Plaintiff, | * |
| v. | *  No. 5:11-cv-00124-JJV |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | * |
| Defendant. | * |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss (Doc. No. 21). For good cause shown, this cause of action is DISMISSED with prejudice.

IT IS SO ORDERED this 22nd day of February, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE