**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| CYNTHIA HOLMES, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:11-cv-00124-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 22nd day of February, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE